UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUMFINIDADE UNIPESSOAL LDA,<br><br>          Plaintiff,<br><br>     v.<br><br>PEREGRINACIONES GUADALUPANAS INC.,<br><br>          Defendant. | Case No. 2:24-cv-04267-SB-SK<br><br>ORDER TO SHOW CAUSE RE LACK OF PROSECUTION |

 After Plaintiff belatedly mailed a copy of the summons and complaint to Defendant's registered agent, the Court allowed Defendant until October 24, 2024, to respond to the complaint. Dkt. No. 18. The Court warned Plaintiff that, should Defendant fail to respond, it must "promptly request default" and that failing to do so could result in dismissal. *Id.*

 Defendant failed to timely respond, yet Plaintiff has not sought entry of default against Defendant. Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than November 4, 2024, why its claims should not be dismissed for lack of prosecution. No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15.

 The Court will consider as an appropriate response to this order to show cause (OSC) the filing, by November 4, 2024, of an application for entry of default under Federal Rule of Civil Procedure 55(a). The filing of such an application shall result in the automatic discharge of this OSC without further order.

 Once default is entered, Plaintiff shall move for default judgment by November 15, 2024. Failure to timely respond to the OSC or move for default judgment will be deemed consent to the dismissal without prejudice of Plaintiff's claims.

Date: October 29, 2024

                            _____
                             Stanley Blumenfeld, Jr.
                            United States District Judge